# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD R. LEW, AN INDIVIDUAL,
Appellant,
vs.
CATAMOUNT PROPERTIES 2018, LLC;
AND WELLS FARGO BANK, N.A.,
Respondents.

No. 81229

FILED

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion for summary judgment in a quiet title action. Third Judicial District Court, Lyon County; John Schlegelmilch, Judge.

Respondents have filed motions to dismiss this appeal for lack of jurisdiction on the basis that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1) and is not otherwise appealable. Appellant has filed an opposition and respondent Wells Fargo Bank, N.A., has replied.

Review of the notice of appeal and documents before this court reveals that the counterclaims of respondent Catamount Properties 2018, LLC, for unjust enrichment and unlawful detainer remain pending in the district court. Thus, the order is not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And no other statute or court rule appears to authorize an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule").

SUPREME COURT
OF
NEVADA

(O) 1947A

20-27773

Accordingly, as this court lacks jurisdiction, the motions to dismiss are granted, and this court

ORDERS this appeal DISMISSED.[1]

_____ J.
Gibbons

_____, J.          _____, J.
Stiglich                                Silver

cc:     Hon. John Schlegelmilch, District Judge
        Donald R. Lew
        Wedgewood, LLC
        Snell & Wilmer/Phoenix
        Snell & Wilmer, LLP/Las Vegas
        Hutchison & Steffen, LLC/Las Vegas
        Third District Court Clerk

_____

[1]Wells Fargo, N.A.'s motion for an extension of time to file an opposition to appellant's pro se motions for stay is granted. The opposition was filed on June 19, 2020. However, given the dismissal of this appeal, the motions for stay are moot and no action will be taken on them. Wells Fargo, N.A.'s motion to stay or extend the briefing schedule is likewise moot, and no action will be taken on that motion.

SUPREME COURT
OF
NEVADA

(O) 1947A